UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:05CR00043-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| MAC KENNETH FAIN | ) | |

It now appearing to the court that the said Mac Kenneth Fain died on or about November 20, 2011. At which time a remaining liability existed in the amount of 6,959.79

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the __16__ day of __October__, 2012

Terrence W. Boyle
U.S. District Court Judge